UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GABRIEL BRADWAY, V35309,<br><br>    Plaintiff. | Case No. 18-cv-06895-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

    On November 14, 2018, the clerk filed as a new action a letter from plaintiff complaining about the conditions of confinement at California Health Care Facility, Stockton (CHCF). The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

    More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is instructed to close the file.

    **IT IS SO ORDERED**.

Dated: January 3, 2019

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADWAY,<br><br>          Plaintiff,<br><br>   v.<br><br>,<br><br>          Defendant. | Case No. 3:18-cv-06895-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel Bradway ID: V35309
CA Healthcare Facility Facility "E", E1C-223L
P.O. Box 32290
Stockton, CA 95213


Dated: January 3, 2019

                                       Susan Y. Soong
                                       Clerk, United States District Court

                                       By:_____
                                       Lashanda Scott, Deputy Clerk to the
                                       Honorable CHARLES R. BREYER